**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

OLACHI MEZU-NDUBUISI, an Individual )
)
        Plaintiff, )   Case No.: 24-cv-6387-EAW
  vs. )
)
UNIVERSITY OF ROCHESTER, et.al. )
)
)
)
     Defendants. )

---

**PLAINTIFF'S MOTION FOR AN ORDER PERMITTING THE FILING OF HER**
**EXHIBITS FOR HER REPLY IN SUPPORT OF HER MOTION FOR**
**PRELIMINARY INJUNCTION UNDER SEAL**

Plaintiff, Dr. Olachi Mezu-Ndubuisi, pro se, moves this court as follows:

1. To file the sensitive and confidential documents and exhibits listed below which are crucial

to the resolution of her motion for preliminary injunction under seal. The exhibits are:

a1.  July 14, 2023 – Annual Evaluation of Dr. Olachi Mezu-Ndubuisi with Direct Supervisor, Dr. Carl D'Angio. Zoom Meeting

Duration of audio recording : 51minutes 37 seconds

2.  October 3rd, 2023 Meeting with Dr. Carl D'Angio, Chief of Neonatology Division, and Dr. Olach Mezu-Ndubuisi to Discuss Plaintiff's Case A, Baby F. In person Meeting in the Golisano Children's Hospital NICU Attending Office

Duration of Recording: 59 minutes 37 seconds

3.  November 21, 2023 Meeting with Dr. Carl D'Angio and Dr. Olachi Mezu-Ndubuisi to discuss "Clinical mentor" as only agenda. Instead. Dr. D'Angio mandates Dr. Mezu-Ndubuisi to Physician Coaching without justification or providing any evidence to support this mandate. Zoom Meeting.

Duration of recording: 31 minutes 8 seconds.

1

4. December 27, 2023 Tricked Meeting and Academic Lynching Meeting with Dr. Jill Halterman, Chair of Pediatrics Department and Dr. Carl D'Angio without notice to Dr. Olachi Mezu-Ndubuisi

In person office on the 4th floor Chair's Office near green elevators of Strong Memorial Hospital. Shortly after this meeting, Dr. Halterman sent an email removing Dr. Mezu-Ndubuisi from clinical work without justification or stating what any allegations against her, while stating that she had not seen, read, or investigated the allegations.

Duration of Meeting Recording: 14 minutes 21 seconds

5. May 23rd, 2024 Meeting with Dr. Michael Apostolakos, Chief Medical Officer, and two witnesses: Dr. Judy Baumhauer and Dr. Ure Mezu-Chukwu (Dr. Mezu-Ndubuisi's sister and support person).

This meeting was scheduled to discuss renewal of Dr. Mezu-Ndubuisi's clinical privileges and her return to work. Instead, a Focused Professional Practice Report (FPPE) is presented to her, not included in meeting agenda. Dr. Mezu-Chukwu asks if this FPPE has been done on any of other neonatologists, as it would be difficult to draw any conclusions from an n of 1. Dr. Apostolakos admits that the FPPE has never been done on a neonatologist in University of Rochester before. Dr. Apostolakos mentions feeling uplifted by meeting Dr. Mezu-Ndubuisi and her sister, and acknowledges that she was experiencing unconscious bias and agrees that all NICU staff would undergo implicit bias training, and he assured her he would return her back to work. He describes Dr. Mezu-Ndubuisi as very knowledgeable physician with an impressive understanding of physiology, and commends her passion. He encourages her to meet with Dr. Halterman and Dr. D'Angio and she agrees to another meeting. Dr. Mezu-Chukwu invites Dr. Apostolakos and other leaders to come to the NICU and directly observe Dr. Mezu-Ndubuisi at rounds as well as her other colleagues to gain a better first-hand perspective of NICU interactions between staff. He agreed to do so.

In person meeting in Dr. Apostolakos' office on the first floor.

Duration of Meeting Recording: 1 hour 40 minutes

6. June 4, 2024 Meeting with Dr. Apostolakos, Dr. Baumhauer, Dr. Halterman, Dr. D'Angio, Dr. Mezu-Ndubuisi and Dr. Mezu-Chukwu.

In this scheduled meeting, Dr. Mezu-Ndubuisi is blindsided by defendants presenting a remediation and re-entry plan mandating Dr. Mezu-Ndubuisi to agree to restrictions to her practice, and intense daily and weekly monitoring of her clinical work, forced  coaching and mentorship, without presenting an allegations against her or any justification for the mandate.

2 hours 4 minutes and 43 seconds

In person meeting in Dr. Apostolakos' office on the first floor.

Plaintiff seeks to file the above-referenced documents under seal because they contain information that is CONFIDENTIAL, SENSITIVE, and contain PRIVATE AND SENSITIVE MEDICAL DATA OF PATIENTS and PRIVATE AND SENSITIVE INFORMATION RELATING TO THE PLAINTIFF.

Therefore, plaintiff respectfully requests that the Honorable Court enter the Proposed Order submitted concurrently with this motion.

Dated: August 9, 2024                                        Respectfully Submitted,


                                        _ /s/Bruce Fein _____
                                        LAW OFFICES OF BRUCE FEIN
                                        300 New Jersey Avenue, N.W., Suite 900
                                        Washington, D.C. 20001
                                        Phone: 202-465-8728
                                        Email: bruce@feinpoints.com
                                        Admitted *Pro hac vice*
                                        Attorney for Plaintiff, Olachi Mezu-Ndubusi


                                        ____/s/C. Valerie Ibe, Esq. _____
                                        Law Offices of C. Valerie Ibe, Inc.
                                        7220 Owensmouth Avenue, Ste 220
                                        Canoga Park, CA 91303
                                        Email: valerie@cvalerieibe-law.com
                                        Tel:818-900-5298
                                        Attorney for Plaintiff, Dr. Mezu-Ndubuisi

3