UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

OLACHI MEZU-NDUBUISI,

                        Plaintiff,

            v.

UNIVERSITY OF ROCHESTER, et al.,

                        Defendants.

_____

**ORDER**

6:24-cv-06387-EAW

Oral argument was held before the undersigned on August 14, 2024, to address various pending motions in the above-captioned matter.  This Order memorializes the Court's rulings, but the Court's reasoning is set forth in the transcript of the proceedings held on August 14, 2024.

Plaintiff's Motions to Seal (Dkt. 3; Dkt. 30) are DENIED.

Defendants' Motion to Seal (Dkt. 12) is DENIED as moot to the extent it seeks the sealing of a memorandum in support of the mooted motion to dismiss, but it is otherwise GRANTED.  The Court directs that the following documents be sealed with access by Court personnel and counsel only:  Docket Nos. 1, 2, 3, 17, 17-1, 17-7, 18, 18-1, 19, and 19-1.  The Court also directs that Defendants provide the undersigned's Chambers on or before August 19, 2024, an electronic version of the redacted documents that will replace the aforementioned documents on the public docket, as previously filed at Docket Nos. 12-2, 12-3, 12-4, 26-1, 26-2, 26-3, 26-4, 26-5, 26-6, and 26-7.  The Court will arrange for those redacted documents to be publicly filed on the docket.  In addition, the Court will

- 1 -

arrange to file under seal with access by Court personnel and counsel Docket 26-8, a redacted version of which is publicly filed at Docket 27-5.

Defendants' Motion to Dismiss (Dkt. 13) is DENIED as moot in light of Plaintiff's filing of an amended complaint (Dkt. 19). Responses to Defendants' Motion to Dismiss and/or Strike (Dkt. 38) and Motion to Seal (Dkt. 37) are due on or before September 3, 2024. Replies are due on or before by September 13, 2024. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers.

The motion to withdraw (Dkt. 20) is GRANTED and attorney Jennifer Morgan Levy is relieved as counsel for Plaintiff. The Clerk is directed to complete any steps necessary to effect this attorney's withdrawal. The Court will arrange to file under seal and ex parte (without access by any party) the submissions made in connection with this motion from Ms. Levy by email dated July 29, 2024, and from Ms. Ibe by email dated July 30, 2024.

The Court reserves decision on Plaintiff's motion for counsel to appear *pro hac vice* (Dkt. 28). A motion for relief from the requirement in Local Rule 83.2(a)(1) to retain local counsel with an office in this District must be filed on or before August 28, 2024.

Plaintiff's Motion for a Hearing (Dkt. 35) and Motion for a Preliminary Injunction (Dkt. 2) are DENIED without prejudice.

SO ORDERED.

ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:        August 15, 2024
              Rochester, New York