**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

OLACHI MEZU-NDUBUISI, an Individual )
)
Plaintiff, ) Case No.: 24-CV-6387-EAW
)
vs. )
)
UNIVERSITY OF ROCHESTER, et.al. )
)
)
)
)
Defendants. )

UNITED STATES DISTRICT COURT
FILED
JUN 2 0 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**PLAINTIFF'S MOTION FOR AN ORDER PERMITTING THE FILING OF HER EXHIBITS FOR HER MOTION FOR PRELIMINARY INJUNCTION AND COMPLAINT UNDER SEAL**

Plaintiff, Dr. Olachi Mezu-Ndubuisi, pro se, moves this court as follows:

1. To file the sensitive and confidential documents and exhibits listed below which are crucial to the resolution of her motion for preliminary injunction and complaint under seal. The exhibits are:

a.  ▮▮▮▮▮▮▮, 2023: ▮▮▮▮▮▮▮▮▮▮ – Exhibit C

b.  ▮▮▮▮▮, 2023: ▮▮▮▮▮▮▮▮ – Exhibit D

c.  Update to Oxygen Saturation Policy of Nov 2023

d.  ▮▮▮▮▮▮▮▮▮▮▮▮ – Exhibit F

e.  Letters of Recommendation and Evaluation – Clinical and Research – Exhibit G

f.  Dr. Mezu-Ndubuisi's Concerns of Racism _Response_to_Dr_D'Angio_12-8-23 (without related attachments). Exhibit I

g.  Account of Reassignment of Clinical Duties in Response to January email from Dr. Halterman -Exhibit L

h.  Response to FPPE – Exhibit M

i.  Response to Proposed Re-entry Plan – Exhibit N

1

j.      Re-mediation Plan of June 12, 2024- Exhibit O

k.      Emails about Infection Outbreak – Exhibit P

l.      Emails of Complex Case Consultations from Colleagues - Exhibit Q

m.      FPPE presented by UR – Exhibit R

n.      Re-entry Plan of June 4, 2024 – Exhibit S

o.      Dr. Mezu-Ndubuisi URMC Offer – Exhibit T


2.      Plaintiff seeks to file the above-referenced documents under seal because they contain information that is CONFIDENTIAL, SENSITIVE, and contain PRIVATE AND SENSITIVE MEDICAL DATA OF PATIENTS and PRIVATE AND SENSITIVE INFORMATION RELATING TO THE PLAINTIFF.

Therefore, plaintiff respectfully requests that the Honorable Court enter the Proposed Order submitted concurrently with this motion.


Dated: June 18, 2024

                              Respectfully submitted,

                              Dr. Olachi Mezu-Ndubuisi
                              1021 Pittsford Victor Rd
                              Pittsford, NY 14534

2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

OLACHI MEZU-NDUBUISI, an Individual )
)
                                 Plaintiff,  ) Case No.: 24-CV-6387-EAW
)
vs.                                          )
)
UNIVERSITY OF ROCHESTER, et.al.              )
)
)
)
)
                                 Defendants. )

_____

## PROPOSED ORDER

AND NOW, this ____ day of ____, 2024, upon consideration of the plaintiff's

motion to seal, it is hereby ORDERED that the motion be granted.


BY THE COURT:


_____

Judge