UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLACHI MEZU-NDUBUISI, an Individual | ) |
| Plaintiff, | ) Case No.: 24-cv-6387-EAW |
| vs. | ) |
| UNIVERSITY OF ROCHESTER, et.al. | ) |
| Defendants. | ) |

**[PROPOSED] ORDER SEALING EXHIBIT AG SUBMITTED IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's motion to file under Seal, Exhibit AG, one of the exhibits that was submitted in plaintiff's memorandum in support of her renewed motion for preliminary injunction and the declaration of C. Valerie Ibe, Esq. in support of the motion to file under seal and the memorandum:

**IT IS HEREBY ORDERED** that Exhibit AG shall be sealed.

**SO ORDERED**, this _____ day of November, 2024.

_____
Hon. Elizabeth A. Wolford
Chief Judge, United States District Court